41 A.3d 855

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steward STECKLEY, Jr., Petitioner.**

Supreme Court of Pennsylvania.

April 4, 2012.

## ORDER

PER CURIAM.

AND NOW, this 4th day of April, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1) Whether the Superior Court erred in affirming the trial court's imposition of a mandatory minimum given a failure to notify the Defendant/Appellant of the applicability of said mandatory minimum sentence pursuant to 42 Pa.C.S.A. § 9718.2(d)?

(2) Whether notice of the applicability of Section 9718.2 from defense counsel can satisfy Subsection 9718.2(d)'s notice requirement without violating attorney/client privilege and defense counsel's duty to provide zealous representation?